### 14921. LACY *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and neither of the special grounds of the motion for a new trial shows error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 15, 1923.

Indictment for larceny of cattle; from Bibb superior court—Judge Mathews. July 3, 1923.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.